IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :          CRIMINAL ACTION

          VS.                     :

KEVIN ROBERT CADEN                :          NO. 98-CR-450-1



ORDER


        AND NOW, this   11th   day of   July   , 2017, upon
consideration of the Defendant's Pro Se Motion for a Reduction of
Sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782 and
the Government's response thereto, it is hereby ORDERED that the
Defendant's Motion is DENIED.[1]



                              BY THE COURT:



                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, J.

---

1.  This Defendant is not eligible for a sentence reduction
because his base offense level or guideline range are not lowered
by Amendment 782.  See U.S.S.G. §1B1.10 and U.S. v. Lindsey, 556
F.3d 288, (4th Cir. 2009).